MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6982
    natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> ELLIS BUCKLEY, <br>     Defendant. | No. CR 12-00749 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On April 4, 2013, the parties made an initial appearance before the Court, and Defendant was arraigned on the indictment. The parties requested, and the Court scheduled, an appearance before the district court, the Honorable William H. Alsup, on April 16, 2013 at 2 p.m. The United States produced discovery to Defendant later that same day, on April 4, 2013.

The parties now request that the time between April 4, 2013 and April 16, 2013, be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in

STIP. & [PROPOSED] ORDER CONTINUING & EXCL. TIME
US v. ELLIS BUCKLEY; CR-00749 WHA         1

prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: April 5, 2013              /S/
                        NATALIE LEE
                        Assistant United States Attorney

DATED: April 5, 2013              /S/
                        RITA BOSWORTH
                        Attorney for Ellis Buckley

    For the reasons stated above, the Court finds that the exclusion of time from April 4, 2013 through April 16, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: April 11, 2013.              _____
                        Judge William Alsup
                        United States District Court
                        Northern District of California